CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Sytse Sijbrandij, David DeSanto, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, Sue Bostrom, and Nominal Defendant GitLab Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON LIANTO, derivatively on behalf of GITLAB INC.,<br>Plaintiff,<br><br>v.<br><br>SYTSE SIJBRANDIJ, , DAVID DESANTO, BRIAN G. ROBINS, KAREN BLASING, MERLINE SAINTIL, GODFREY SULLIVAN, MATTHEW JACOBSON, SUNDEEP BEDI, and SUE BOSTROM,<br>Individual Defendants, and<br><br>GITLAB INC.,<br>Nominal Defendant. | Case No.: 5:25-cv-02924-EKL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Eumi K Lee<br><br>Date Action Filed: March 28, 2025 |



FENWICK & WEST LLP

Plaintiff Jason Lianto ("Plaintiff") and Defendants Sytse Sijbrandij, David DeSanto, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, and Sue Bostrom, and Nominal Defendant GitLab Inc. (together, "Defendants"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on March 28, 2025, Plaintiff filed a Verified Shareholder Derivative Complaint against Defendants (the "Complaint");

WHEREAS, the Complaint asserts claims based on the same alleged events and circumstances in the securities class action captioned Dolly v. GitLab Inc., Case No. 5:24-cv-06244- EKL (N.D. Cal.) (the "Securities Class Action");

WHEREAS, on May 20, 2025, the Court granted the Parties' stipulation to stay the Action pending resolution of the Securities Class Action (Dkt. No. 15);

WHEREAS, on August 14, 2025, the Securities Class Action was dismissed without prejudice;

WHEREAS, on September 8, 2025, the parties to the Securities Class Action filed a stipulation to dismiss that action with prejudice, and all parties to the Securities Class Action waived their rights to appeal any aspect of that action;

WHEREAS, in light of the foregoing, Defendants requested and Plaintiff consented to voluntarily dismiss this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, GitLab Inc. ("GitLab"), and/or any other GitLab shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any GitLab shareholder, or GitLab itself, to pursue the claims; (ii) there has been no settlement or compromise of the Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor their counsel have received or will receive directly or indirectly any consideration

from Defendants for the dismissal;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for this Court's approval, as follows:

1. The Action shall be dismissed without prejudice as to Plaintiff, GitLab, and/or any other GitLab shareholder; and

2. The Parties shall bear their own fees and costs in connection with the Action.

**IT IS SO STIPULATED.**

Dated: January 23, 2026

FENWICK & WEST LLP

By: *Catherine D. Kevane*
Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: ckevane@fenwick.com

Attorneys for Defendants Sytse Sijbrandij, David DeSanto, Brian G. Robins, Karen Blasing, Merline Saintil, Godfrey Sullivan, Matthew Jacobson, Sundeep Bedi, Sue Bostrom, and Nominal Defendant GitLab Inc.

Dated: January 23, 2026

THE ROSEN LAW FROM, P.A.

By: *Laurence M. Rosen*
Laurence M. Rosen, Esq.

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff Jason Lianto

FENWICK & WEST LLP

Pursuant to Local Rule No. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 23, 2026

By: /s/ *Catherine D. Kevane*
Catherine D. Kevane

SO ORDERED this 26th day of January, 2026.

Honorable Eumi K. Lee

FENWICK & WEST LLP